```
                              United States Bankruptcy Court
                                   District of Maryland
In re:                                                              Case No. 17-27086-TJC
Tracey Joshette Harris                                              Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0416-0          User: yoliver               Page 1 of 1                  Date Rcvd: Dec 22, 2017
                              Form ID: 309A               Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 24, 2017.
db          +Tracey Joshette Harris,    1598 Pin Oak Dr,    Waldorf, MD 20601-3587
30418397    +Comptroller of Maryland,    Revenue Administration Division,    Annapolis, Md 21411-0001
30418583    +Comptroller of the Treasury,    Compliance Division, Room 409,    301 W. Preston Street,
              Baltimore, MD 21201-2305
30418399    +Dovenmuehle Mortgage,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
30418403    +Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
30418404    +Mohela/dept Of Ed,    633 Spirit Dr,    Chesterfield, MO 63005-1243
30418581    +Taxing Authority of,    Charles County-Treasurer,    PO Box 2150,    La Plata, MD 20646-2150

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: kp@kimparkerlaw.com Dec 22 2017 19:53:34     Kim D. Parker,
               Law Offices of Kim Parker, P.A.,    2123 Maryland Avenue,    Baltimore, MD 21218
tr          +EDI: QLJMARGULIES.COM Dec 22 2017 19:48:00     Laura J. Margulies,
               Laura Margulies Trustee, PC,    6205 Executive Blvd.,    Rockville, MD 20852-3906
30418396    +EDI: WFNNB.COM Dec 22 2017 19:48:00      Comenity Bank/nwyrk&co,    Po Box 182789,
               Columbus, OH 43218-2789
30418398    +EDI: DISCOVER.COM Dec 22 2017 19:48:00     Discover Fin Svcs Llc,    Po Box 15316,
               Wilmington, DE 19850-5316
30418400    +E-mail/Text: recoveryservicesgroup@fedchoice.org Dec 22 2017 19:54:11      Fedchoice Federal C U,
               10001 Willowdale Rd,    Lanham, MD 20706-4321
30418401     EDI: IRS.COM Dec 22 2017 19:48:00     Internal Revenue Service,    Kansas City, MO 64999
30418402    +EDI: CBSKOHLS.COM Dec 22 2017 19:48:00     Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
30418405    +EDI: AGFINANCE.COM Dec 22 2017 19:48:00     Onemain,    Po Box 1010,    Evansville, IN 47706-1010
30418582    +E-mail/Text: UIBankruptcyNotices.DLLR@maryland.gov Dec 22 2017 19:55:26
               State of Maryland DLLR,    Division of Unemployment Insurance,    1100 N. Eutaw Street, Room 401,
               Baltimore, MD 21201-2225
30418406    +EDI: RMSC.COM Dec 22 2017 19:48:00     Syncb/care Credit,    950 Forrer Blvd,
               Kettering, OH 45420-1469
30418407    +EDI: RMSC.COM Dec 22 2017 19:48:00     Syncb/lowes,    Po Box 965005,    Orlando, FL 32896-5005
30418408    +EDI: RMSC.COM Dec 22 2017 19:48:00     Syncb/lumliq,    C/o P.o. Box 965036,
               Orlando, FL 32896-0001
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2017                                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2017 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Tracey Joshette Harris | Social Security number or ITIN  xxx–xx–4970 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of Maryland | Date case filed for chapter  7   12/22/17 |
| Case number:  17–27086 TJC   Chapter:  7 | | |

Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline      12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. Visit http://www.mdb.uscourts.gov and click on Filing Without An Attorney for additional resources and information.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Tracey Joshette Harris | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1598 Pin Oak Dr<br>Waldorf, MD 20601 | |
| 4. | **Debtor's attorney**<br>Name and address | Kim D. Parker<br>Law Offices of Kim Parker, P.A.<br>2123 Maryland Avenue<br>Baltimore, MD 21218 | Contact phone (410) 234–2621<br>Email:  kp@kimparkerlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Laura J. Margulies<br>Laura Margulies Trustee, PC<br>6205 Executive Blvd.<br>Rockville, MD 20852 | Contact phone (301) 816–1600<br>Email:  **None** |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**      page 1

| Debtor **Tracey Joshette Harris** | | Case number **17–27086** |
|---|---|---|

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Greenbelt Division<br>6500 Cherrywood Lane, Ste. 300<br>Greenbelt, MD 20770<br><br>Clerk of the Bankruptcy Court:<br>Mark A. Neal | Visit http://www.mdb.uscourts.gov for court hours<br><br>Contact phone (301) 344–8018<br><br>Date: 12/22/17 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 31, 2018 at 09:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**6305 Ivy Lane, Sixth Floor, Greenbelt, MD 20770** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/2/18** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Debtor electronic bankruptcy noticing** | The U.S. Bankruptcy Court for the District of Maryland offers debtors the ability to receive court notices and orders via email, instead of U.S. mail, through the Debtor Electronic Bankruptcy Noticing or DeBN program. To participate in this program, debtors must complete and file a DeBN request form with the Court. For additional information, please go to Programs & Services of http://www.mdb.uscourts.gov. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page **2**